**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:18-10040-STA |
| ) | |
| CHRISTOPHER CHADWICK, ) | |
| ) | |
| Defendant. ) | |

_____

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**
_____

This cause came to be heard on May 21, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Christopher Chadwick, appearing in person, and with counsel, Dianne Smothers.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, AUGUST 20, 2018 at 9:30 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is to remain on present bond.

**ENTERED** this the 21st day of May, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT