IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,        *

        Plaintiff,        *

vs.        *        CR. NO.: 18-10040-STA

CHRISTOPHER CHADWICK        *

        Defendant.        *

---

ORDER AND NOTICE OF RESETTING

---

Upon Motion of the Defendant and for good cause shown, the **sentencing hearing** is

hereby re-set until Monday, September 24, 2018 at 10:00 A.M.

IT IS SO **ORDERED**.

DATE: July 16, 2018.


        **s/S. Thomas Anderson**
        **HONORABLE S. THOMAS ANDERSON**
        **CHIEF UNITED STATES DISTRICT JUDGE**